**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH MEINTS,  
    Plaintiff,

v.

UNITED AIRLINES, INC., et al,  
    Defendants.

Case No.:   18 – cv - 790

Hon.:   JANET T. NEFF

**NOTICE OF SETTLEMENT**

Plaintiff, pursuant to Local Rule 40.3, hereby notifies the Court that the case has Settled. Plaintiff anticipates that closing documents will be completed and filed within 30 days.

    Respectfully Submitted,

Dated:  5/13/19

    \_\_/s/_____
    Collin H. Nyeholt
    Attorney for the Plaintiff